Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VENTURE SUPPLY, INC.

        Plaintiff,

- against -

SK SHIPPING CO., LTD.

        Defendant.
------------------------------------------------------------X

07 Civ. 3735 (WHP)

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, VENTURE SUPPLY, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

VENTURE SUPPLY, INC. is the privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       May 10, 2007

                                    CASEY & BARNETT, LLC
                                    Attorneys for Plaintiff

                By: _/s/ Martin F. Casey_
                        Martin F. Casey (MFC-1415)
                        317 Madison Avenue, 21st Floor
                        New York, New York 10017
                        (212) 286-0225