8999/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
Attorneys for Defendant SK Shipping Co., Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURE SUPPLY INC.,<br><br>Plaintiff,<br><br>- against -<br><br><br><br>SK SHIPPING CO. LTD.<br><br>Defendant. | 07 Civ. 03735 (WHP)<br><br>**7.1 STATEMENT** |

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant SK Shipping Co. Ltd., certify upon information and belief that SK Shipping Co. Ltd. is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
July 30, 2007

                                      Respectfully submitted,

                                      CICHANOWICZ, CALLAN, KEANE,
                                      VENGROW & TEXTOR, LLP
                                      Attorneys for Defendant SK Shipping Co. Ltd.

                                      By: s/ Randolph H. Donatelli
                                          Randolph H. Donatelli (RHD-5359)
                                      61 Broadway, Suite 3000
                                      New York, New York 10006-2802
                                      (212) 344-7042