UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VENTURE SUPPLY, INC.

          Plaintiff,

- against -

SK SHIPPING CO., LTD.

          Defendant.
------------------------------------------------------------X

07 Civ. 3735 (WHP)

**STIPULATION AND ORDER**
**OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

The above-captioned matter having been settled pursuant to agreement by and between the parties,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 60 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
      August 6, 2007

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff

By: _/s/ Martin F. Casey_____
    Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**CICHANOWICZ CALLAN KEANE**
**VENGROW & TEXTOR**
Attorneys for Defendant

By: _____
    Randolph H. Donatelli (RHD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

**SO ORDERED:**

_____
U.S.D.J.
8/7/07